# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Garland, Merrick B. | U.S. Court of Appeals for the D.C. Circuit | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Historical Society of the District of Columbia Circuit |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oklahoma City National Memorial Foundation | 04/18-20/2015 | Oklahoma City, OK | Memorial ceremonies and panel discussion | Transportation, meals, room |
| 2. | Yale Law School | 02/25-26/2015 | New Haven, CT | Supreme Court Advocacy Clinic | Transportation, meals, room |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Trust Bank Accounts | A | Interest | M | T | | | | | |
| 2. Justice Federal Credit Union Accounts | B | Interest | N | T | | | | | |
| 3. Citibank Bank Accounts | A | Interest | M | T | | | | | |
| 4. Bank of America Bank Accounts | A | Interest | K | T | | | | | |
| 5. U.S. Savings Bonds | | None | K | T | | | | | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. -Edward Jones Co. cash balance | A | Interest | J | T | | | | | |
| 8. -Ally Bank CDs | A | Interest | L | T | | | | | |
| 9. Brokerage Account #1 (H) | | | | | | | | | |
| 10. -General Mills Inc. Common | C | Dividend | M | T | | | | | |
| 11. -Pfizer Common | A | Dividend | K | T | | | | | |
| 12. -Bristol-Myers Squibb Co. Common | B | Dividend | L | T | | | | | |
| 13. -General Electric Co. Common | C | Dividend | L | T | | | | | |
| 14. -Procter & Gamble Co. Common | D | Dividend | M | T | | | | | |
| 15. -J.M. Smucker Co. Common | A | Dividend | J | T | | | | | |
| 16. -Aberdeen U.S. Equity Fund | D | Dividend | M | T | | | | | |
| 17. -Nuveen Maryland Prem. Inc. Municipal Fund | E | Dividend | O | T | Buy (add'l) | 11/04/15 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/05/15 | M | | |
| 19.  -Vanguard S&P 500 ETF Fund | D | Dividend | O | T | Buy (add'l) | 11/04/15 | L | | |
| 20.  -Montgomery County Md Hsg Bonds (combined listing) | | None | K | T | Buy | 11/18/15 | K | | |
| 21.  -Md.State Cmnty Dev. Admin.Rev.Bonds (combined listing) | B | Interest | M | T | Redeemed (part) | 07/01/15 | K | | |
| 22.  -Md Local Gov't Infrastructure Bond | B | Interest | M | T | | | | | |
| 23.  -U.S. Treasury Notes/Bills (combined listing) | E | Interest | O | T | Redeemed (part) | 08/17/15 | M | D | |
| 24.  -JP Morgan Chase Bank Deposit Account | A | Interest | M | T | | | | | |
| 25.  Brokerage Account #2 (H) | | | | | | | | | |
| 26.  -Fidelity Municipal Money Market | A | Dividend | J | T | | | | | |
| 27.  -Fidelity Equity Dividend Income Fund | E | Dividend | N | T | | | | | |
| 28.  -Fidelity Spartan 500 Index Fund | E | Dividend | P1 | T | Buy (add'l) | 08/24/15 | L | | |
| 29.  Fidelity Contrafund | F | Dividend | P1 | T | | | | | |
| 30.  IRA #2 (H) | | | | | | | | | |
| 31.  -Edward Jones Co. cash balance (X) | A | Interest | J | T | | | | | |
| 32.  -Ally Bank CD | A | Interest | J | T | | | | | |
| 33.  Retirement Account IRA (H) | | | | | | | | | |
| 34.  -Fidelity Magellan Fund | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust #1 (H) | | | | | | | | | |
| 36. -JP Morgan Chase Bank Deposit Account | A | Interest | L | T | | | | | |
| 37. -iShares MSCI EAFE ETF (name clarification) | C | Dividend | M | T | Buy (add'l) | 06/30/15 | L | | |
| 38. -Vanguard Total Stock Mkt ETF | D | Dividend | O | T | Buy (add'l) | 04/23/15 | L | | |
| 39. -Vanguard High Dividend Yield ETF | D | Dividend | M | T | | | | | |
| 40. Rollover IRA (H) | | | | | | | | | |
| 41. -Fidelity Spartan 500 Index Fund | E | Dividend | O | T | | | | | |
| 42. Brokerage Account #3 (H) | | | | | | | | | |
| 43. -Fidelity Contrafund | D | Dividend | L | T | Buy (add'l) | 04/13/15 | K | | |
| 44. | | | | | Buy (add'l) | 07/10/15 | K | | |
| 45. -Fidelity Mun. Money Mkt (Y) | A | Dividend | | | | | | | |
| 46. -Fidelity Money Mkt Premium Class (merged w/Fidelity Select Money Mkt) | A | Dividend | K | T | | | | | |
| 47. Trust #2 (H) | | | | | | | | | |
| 48. -Property, NY, NY | G | Rent | P1 | W | | | | | |
| 49. -JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 50. Barclays Bank Account | | None | J | T | Open | 10/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Merrick B. Garland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544